# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FW HEALTHCARE INVESTMENTS, LLC** and **ELIZABETH FAGO,**
Appellants,

v.

**WARREN HALLE** and **MARTHA D. HALLE,**
Appellees.

No. 4D19-179

[December 12, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 502017CA012117XXXMB.

Michel O. Weisz of Michel O. Weisz, P.A., Miami, for appellants.

Andrew J. Pascale and Gary M. Singer of the Law Firm of Gary M. Singer, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***